**Timothy SMITH, Plaintiff–Appellant,**

v.

**Houston SHIFLETT, Support Unit Manager; John/Jane Doe, Records Office Manager; J.K. Vaughan, Sr., Hearing Officer, Defendants–Appellees.**

**No. 02–7239.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Timothy Smith, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Timothy Smith, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2002) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Smith v. Shiflett,* CA–02–549 (E.D.Va. July 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*